# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20234
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 5, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ERIC COLINE,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-406-2

Before JOLLY, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Eric Coline has moved for leave to withdraw on the ground that there is no nonfrivolous issue for appeal, in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion satisfies the requirements for *Anders* briefs. *See id.*; *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Coline has filed a response.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20234

We have reviewed counsel's motion and the relevant portions of the record reflected therein, as well as Coline's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. However, contrary to counsel's assertion, the judgment contains no clerical error. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Coline's motion for appointment of new counsel or, alternatively, for leave to proceed pro se is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998). Coline's motion to supplement the record on appeal and to place the record on appeal under seal is also DENIED.